IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

REBEKAH FLEMING, Individually and
on behalf of all others similarly situated,
and H.R., a Minor, by REBEKAH FLEMING,
her mother and next friend                                                                PLAINTIFFS

v.                                    Case No. 6:20-cv-06010

TANNERS II, INC. and SUSAN BRUNETTE                                                       DEFENDANTS

## ORDER

Now before the Court is the parties' Joint Motion to Approve Settlement and Dismiss (ECF No. 38). The Court finds that the parties' settlement agreement reflects that they have reached a fair and reasonable compromise of their *bona fide* dispute and that this case may be dismissed with prejudice. In addition, the record reflects that attorney fees were negotiated separately from the FLSA claims and there was no conflict of interest between the Plaintiffs and their attorneys. *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 n.1 (8th Cir. 2019).

Accordingly, the Joint Motion to Approve Settlement and Dismiss (ECF. No. 38) is **GRANTED**. Plaintiffs' complaint (ECF No. 2) is **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement. This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED** this 2nd day of September 2021.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**